JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>v.<br><br>J & K Food, Inc. dba Burger King #1737; Kiman Kim; Jin S. Kim,<br><br>    Defendants.<br>_____ / | Case No. 2:13-cv-08263-SJO-PJW<br><br>[~~Proposed~~] Order re: Joint Stipulation for Dismissal |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants J & K Food, Inc. dba Burger King #1737 and Jin S. Kim,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: June 29, 2014

                                      *S. James Otero*
                                      United States District Judge